# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CARL W. ARON SUCCESSION, ET AL.** | **CIV. ACTION NO. 3:22-00830** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MCKESSON CORPORATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, together with the Objection [Doc. No. 18] filed by Defendant McKesson Corp., and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant McKesson Corporation's Motion to Dismiss for failure to state a claim upon which relief can be granted [Doc. No. 6] is hereby **DENIED.**

MONROE, LOUISIANA, this 31st day of January 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE